# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DuVal Cannon,<br><br>  Plaintiff,<br><br><br>ABM AVIATION, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 1:20-cv-5178-WMR-CCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff DuVal Cannon and Defendant ABM Aviation, Inc. hereby submit this Stipulation of Dismissal with Prejudice.

The parties jointly stipulate and request that the above-entitled action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate and agree that each party shall bear his/its own costs and attorneys fees.

Respectfully submitted this 2nd day of August, 2021.

| | |
|---|---|
| */s/ DuVal Cannon\**<br>DuVal Cannon<br>977 Montreal Road<br>Unit 1106<br>Clarkston, GA 30021<br>Email: mr.cannon.d@gmail.com | */s/ Owen T. Hill*<br>Owen T. Hill<br>Georgia Bar No. 354393<br>ohill@littler.com<br>Eric M. Schultz<br>Georgia Bar No. 452742<br>eschultz@littler.com |

*Plaintiff*

*\*signed with express permission*

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326
Telephone:  404.233.0330
Facsimile:   404.233.2361

*Attorneys for Defendant ABM Aviation, Inc.*

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.
    KEVIN P. WEIMER, Clerk
By: __s/ Charlotte Diggs__
        Deputy Clerk
Date:  __8/3/2021_____



## CERTIFICATION

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

*/s/ Owen T. Hill*
Owen T. Hill
GA Bar No. 354393

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DuVal Cannon, <br><br> Plaintiff, <br><br> ABM AVIATION, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:20-cv-5178-WMR-CCB |

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2021, I electronically filed the forgoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system.

And I hereby do certify that I have sent by electronic mail and mailed by Federal Express (2-day) delivery service the document to the following non CM/ECF participants:

>DuVal Cannon
>977 Montreal Road
>Unit 1106
>Clarkston, GA 30021
>Email: mr.cannon.d@gmail.com

*/s/ Owen T. Hill*
Owen T. Hill
Georgia Bar No. 354393

5